**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LAURA HIMMELSTEIN,<br><br>Plaintiff,<br>v.<br><br>STEADFAST APARTMENT REIT, INC.; RODNEY F. EMERY; ELLA NEYLAND; ANA MARIE DEL RIO; G. BRIAN CHRISTIE; THOMAS PURCELL; KERRY D. VANDELL; NED W. BRINES, AND; STEPHEN R. BOWIE,<br><br>Defendants. | Case No. 7:21-cv-8649<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Laura Himmelstein ("Plaintiff") voluntarily dismisses this action with prejudice as to Plaintiff's claims. This notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: November 24, 2021

**LONGMAN LAW, P.C.**

Howard T. Longman
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel: (973) 994-2315
Fax: (973) 994-2319
E-mail: HLongman@Longman.Law

*Attorney for Plaintiff*